RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FEB 17 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

MIRIAM KELLY,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA,

        Defendant.

Civil Action No. 14-135 (MAS) (DEA)

**ORDER**

This matter comes before the Court following the Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J., recommending the dismissal of Plaintiff's Complaint with prejudice for failure to comply with certain orders of the Court and for failure to expeditiously prosecute the matter. (ECF No. 13.) Plaintiff filed correspondence, objecting to Judge Arpert's recommendation. (ECF No. 16.) For the reasons set forth in the Court's Memorandum Opinion, filed today, and other good cause shown,

IT IS on this 17th day of February, 2015, **ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation of Judge Arpert (ECF No. 13); and

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**